CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 16 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | CASE NO. 7:99CR00109 |
| | ) | CASE NO. 7:08CV80019 |
| v. | ) | |
| | ) | |
| | ) | FINAL ORDER |
| STEVEN AUBREY BURNETTE | ) | |
| | ) | By: Hon. James C. Turk |
| | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that petitioner's submission, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED** without prejudice as successive, all claims against the named respondents are **DISMISSED** without prejudice, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this final order and the accompanying memorandum opinion to petitioner.

ENTER: This 16th day of January, 2008.

/s/ James C. Turk
Senior United States District Judge

4